IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No.: 12-094-RGA |
| v. ) | |
| ) | |
| SCOTTRADE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY Pragmatus Telecom, LLC ("Pragmatus") and Defendant Scottrade, Inc. ("Scottrade") (jointly the "Parties") as follows:

1. Pragmatus brought the above-captioned patent infringement action (the "Action") alleging infringement of U.S. Patent Nos. 6,311,231, 6,668,286, and 7,159,043 as identified in Pragmatus's Second Amended Complaint, D.I. 13.

2. Scottrade represents that during at least a portion of the January 2006-to-present time period, the "live chat service" accused in the Second Amended Complaint has been provided in part by LivePerson, Inc. ("LivePerson") and Moxie Software, Inc. ("Moxie").

3. Based on the foregoing representation by Scottrade, Pragmatus hereby dismisses WITH PREJUDICE all claims in the Action to the extent those claims relate to live chat services provided by LivePerson and/or Moxie.

4. Pragmatus's claims against Scottrade based upon Scottrade's use of non-LivePerson/non-Moxie technology, as presently asserted in this case or asserted in the future, are Dismissed WITHOUT PREJUDICE.

01:15017391.1

5. Additionally, Scottrade reserves its rights to assert any and all defenses to any present or future claims of infringement of the asserted patents by use of technology other than LivePerson or Moxie. Pragmatus and Scottrade further stipulate and agree that each party shall bear its own costs, expenses, and attorneys' fees with respect to Pragmatus's claims of infringement based upon Scottrade's use of LivePerson and Moxie technology.

| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/Michael J. Farnan | /s/Monté T. Squire |
| Brian E. Farnan (No. 4089) | Melanie K. Sharp (No. 2501) |
| Michael J. Farnan (No. 5165) | Monté T. Squire (No. 4764) |
| 919 N. Market Street | Robert M. Vrana (No. 5666) |
| 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| DINOVO PRICE ELLWANGER & HARDY LLP | (302) 571-6681 |
| Andrew G. DiNovo | msharp@ycst.com |
| Adam G. Price | |
| Chester J. Shiu | PROSKAUER ROSE LLP |
| 7000 N. MoPac Expressway, Suite 350 | Steven M. Bauer |
| Austin, TX 78731 | Kimberly A. Mottley |
| (512) 539-2626 | One International Place |
| | Boston, MA 02110-2600 |
| | (617) 526-9600 |
| *Attorneys for Pragmatus Telecom, LLC* | |
| | THOMPSON COBURN LLP |
| | Thomas E. Douglass |
| | Jason M. Schwent |
| | One US Bank Plaza |
| | St. Louis, MO 63101-1693 |
| | (314) 552-6000 |
| | *Attorneys for Scottrade, Inc.* |

Dated: February 7, 2014

SO ORDERED THIS 7th day of Feb, 2014.

_____
United States District Judge